UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:21-cv-09982-SSS-AGRx | Date | May 6, 2025 |
|---|---|---|---|
| Title | *Josean Posey v. City of Los Angeles, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS FOR FAILURE TO FILE PRETRIAL DOCUMENTS**

The parties were required to file pretrial documents in this case by May 2, 2025, pursuant to the most recent scheduling order. [*see* Dkt. 46]. As of the date of this order, neither party has filed any pretrial documents and the deadline has passed. As such, the parties are hereby **ORDERED** to show cause why the Court should not impose sanctions of $500 on each party for failure to comply with the scheduling order.

Both parties must file their responses to this order by **May 8, 2025**, at **12 P.M.** The Court sets a hearing for this Order on **May 9, 2025**, at **2 P.M.**

**IT IS SO ORDERED.**