JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEAN POSEY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, A PUBLIC ENTITY, AND DOES 1-100, Inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-09982-SSS-AGRx<br>*Hon. Sunshine S. Sykes – Ctrm. 2*<br>*Hon. Alicia G. Rosenberg – Ctrm. 550*<br><br>**JUDGMENT RE: DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

    Defendant City of Los Angeles, filed its Motion to Dismiss in response to the Plaintiff's Third Amended Complaint on June 12, 2025. Dkt. 81. Plaintiff opposed the motion which was later taken under submission. Dkt. 83. This Court initially granted the Motion with regard to the federal claims only. Dkt. 84. Upon further consideration, this Court granted the Motion in its entirety and dismissed WITH PREJUDICE all of Plaintiff's claims, including those brought pursuant to California law. Dkt. 90.

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of the Defendant, CITY OF LOS ANGELES and against Plaintiff JOSEAN POSEY as to all claims set forth in the Third Amended Complaint; that Plaintiff recover nothing by reason of each and all her federal and state law claims as set

forth in the operative complaint against Defendant; that the action be dismissed with prejudice in its entirety and that Defendant shall recover its costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

Dated: September 18, 2025

_____
HON. SUNSHINE S. SYKES
United States District Judge